UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE<br><br>Plaintiff,<br><br>vs.<br><br>BP P.L.C.; *et al.*,<br><br>Defendants. | Case Number: 1:18-cv-2357 ELH<br><br>[Removal from the Circuit Court for Baltimore City] |

## MAYOR AND CITY COUNCIL OF BALTIMORE'S MOTION TO REMAND

Plaintiff Mayor and City Council of Baltimore hereby moves this Honorable Court, pursuant to 28 U.S.C.§ 1447(c), for an order remanding this case to the Circuit Court of Maryland for Baltimore City. In support of its Motion to Remand, Plaintiff relies upon and incorporates by reference its supporting Memorandum of Law filed on this same date. A proposed Order granting the relief requested is attached for the Court's consideration.

Plaintiff requests a hearing on its Motion pursuant to Local Rule 105.6.

Dated: September 11, 2018

Andre M. Davis
City Solicitor

/s/ *Victor M. Sher*

Victor M. Sher (*pro hac vice*)
vic@sheredling.com
Matthew K. Edling (*pro hac vice*)
matt@sheredling.com
**Sher Edling LLP**
100 Montgomery Street, Suite 1410
San Francisco, CA 94014
Tel.: (628) 231-2500
Fax: (628) 231-2929

        Suzanne Sangree
suzanne.sangree2@baltimorecity.gov
Elizabeth Ryan Martinez
liz.martinez@baltimorecity.gov
**Baltimore City Law Department**
100 N. Holliday Street, Suite 109
Baltimore, MD 21202
Tel.: (443) 388-2190
Fax: (410) 576-7203

*Attorneys for Plaintiff the Mayor and City Council of Baltimore*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September 2018, the foregoing document was filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

        */s/ Victor M. Sher*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE<br><br>      Plaintiff,<br><br>vs.<br><br>BP P.L.C.; *et al.*,<br><br>      Defendants. | Case Number: 1:18-cv-2357 ELH<br><br>[Removal from the Circuit Court for Baltimore City] |

## [PROPOSED] ORDER

Upon consideration of Plaintiff Mayor and City Council of Baltimore's Motion to Remand and its Memorandum of Law in Support thereof, it is hereby:

ORDERED that the Motion to Remand shall be, and hereby is, GRANTED.

So Approved and Ordered this

\_\_\_\_\_ day of _____2018

_____

Honorable Ellen L. Hollander
United States District Court Judge