FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2019 OCT -2 AM 8:50

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE, <br><br> Plaintiff, <br><br> v. <br><br> BP P.L.C., *et al.*, <br><br> Defendants. | Case No.: 1:18-cv-02357-ELH |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Temporarily Extend Stay of Remand Order Pending Resolution of Stay Application to the Supreme Court, and any opposition thereto, it is hereby

ORDERED, that Defendants' Motion to Temporarily Extend Stay of Remand Order Pending Resolution of Stay Application to the Supreme Court is GRANTED;

ORDERED, that the Remand Order (ECF No. 173) is further STAYED through the Supreme Court's resolution of Defendants' Application to Stay the Remand Order; and it is further

ORDERED, that the Clerk of the Court is directed to REFRAIN from mailing to the Clerk of the Circuit Court for Baltimore City the Remand Order until further Order of this Court.

SO ORDERED. *Provided, however, that by 10/7/19, plaintiff may move to rescind this Order as improvidently granted.*

_____
Ellen L. Hollander
United States District Judge

10/2/19