**BAKER DONELSON**
BEARMAN, CALDWELL & BERKOWITZ, PC

100 LIGHT STREET
BALTIMORE, MD 21202

PHONE:   410.685.1120
FAX:        410.547.0699

www.bakerdonelson.com

TY KELLY, SHAREHOLDER
**Direct Dial**: 410.862.1049
**E-Mail Address**: tykelly@bakerdonelson.com

October 4, 2019

**VIA CM/ECF**

The Honorable Ellen L. Hollander
United States District Judge
U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD  21201

  Re**:** *Mayor & City Council of Baltimore v. BP P.L.C., et al.*
    Case No.: 18-2357-ELH[1]

Dear Judge Hollander:

  We write to apprise the Court that this afternoon, the Supreme Court of the United States requested that Plaintiff submit a response to Defendants' Application To Stay Remand Order by October 18, 2019 at 3:00 p.m. (Eastern).  This request was made on the case docket, which is accessible at https://www.supremecourt.gov/search.aspx?filename=/docket/DocketFiles/html/Public/19A368.html.

  We have conferred with counsel for Plaintiff and, given this request from the Chief Justice, Plaintiff has advised us that it will not move this Court to lift the current stay that is in place.

          Very truly yours,

          BAKER, DONELSON, BEARMAN,
         CALDWELL, & BERKOWITZ, P.C.

         /s/
         _____
         Ty Kelly Cronin

---

[1] This letter is submitted subject to and without waiver of any defense, affirmative defense or objection, including personal jurisdiction, insufficient process, or insufficient service of process.