FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

2019 NOV 12 AM 11: 29

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE<br><br>Plaintiff,<br><br>vs.<br><br>BP P.L.C.; *et al.*,<br><br>Defendants. | Case Number: 1:18-cv-2357 |

*ELH*

[~~PROPOSED~~] **ORDER LIFTING STAY OF EXECUTION OF REMAND ORDER**

On June 10, 2019, the Court granted the Plaintiff Mayor and City Council of Baltimore's Motion to Remand, and ordered that this case be remanded to the Circuit Court for Baltimore City for all further proceedings, but stayed execution of that order for 30 days. Dkt. 173 ("Remand Order"). On June 24, the Court entered a stipulated order further staying execution of the Remand Order through resolution of the Defendants' motion to stay the Remand Order pending appeal, and, in the event that motion was denied, through the Fourth Circuit's consideration of a motion to stay pending appeal. Dkt. 185. This Court denied the Defendants' motion to stay on July 31, and the Fourth Circuit denied a motion to stay filed in that court on October 1, 2019. Dkt. 193 & 196.

Also on October 1, Defendants filed an application for a stay pending appeal before the Chief Justice of the United States Supreme Court, in his capacity as Circuit Justice for the Fourth Circuit. Dkt. 197 & 197-1. The same day, this Court entered a further temporary stay of the Remand Order through resolution of the Defendants' application to the Chief Justice, and directed the Clerk of Court to "REFRAIN from mailing to the Clerk of the Circuit Court for Baltimore City

the Remand Order until further Order of this Court." Dkt. 198. Defendants application, referred by the Chief Justice to the full Court, was denied On October 22. Dkt. 202.

In light of the forgoing and pursuant to 28 U.S.C. § 1447(c), the Clerk of Court is hereby directed to mail a certified copy of the Remand Order to the Clerk of the Circuit Court for Baltimore City.

IT IS SO ORDERED.

Dated: 11/12/19

Ellen L. Hollander
United States District Judge

2