

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**OFFICE OF THE CLERK**

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Reply to Northern Division Address                                    Catherine Stavlas, Chief Deputy

November 12, 2019

CIRCUIT COURT FOR BALTIMORE CITY
COURTHOUSE EAST
111 N. CALVERT STREET, ROOM 462
BALTIMORE, MD 21202

      RE:    Mayor and City Council of Baltimore v. BP P.L.C., et al
              Civil Action No. ELH-18-2357
              24-C-18-004219

Dear Clerk:

      On November 12, 2019, the Honorable Ellen L. Hollander signed an order lifting the stay of execution of the remand order signed on June 10, 2019, remanding the above-entitled case to your Court. Enclosed is a certified copy of the memorandum opinion, remand order and order lifting stay, together with a certified copy of the docket entries. We have discontinued our previous practice of sending the state court original papers which were filed in this Court. Should you need certified copies of any papers you may contact the Deputy Clerk below.

      Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

      Thank you for your cooperation in this matter.

              Sincerely,

              Felicia C. Cannon, Clerk

           By:      /s/
                  Holly Lee      Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS       DAY OF       2019

Remand Letter to Court (Rev. 9/4/2001)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**